# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MURCHANT WADE, *an individual, et al., and on behalf of all similarly situated employees of Defendants in the State of California*,

Plaintiff,

v.

AMAZON.COM SERVICES LLC,

Defendant.

Case No. 1:26-cv-02381-JLT-SAB

ORDER REQUIRING PLAINTIFF TO FILE DISPOSITIONAL DOCUMENTS

(ECF No. 17)

**DECEMBER 18, 2026 DEADLINE**

On October 15, 2026, the parties filed a notice of settlement, informing the Court that a settlement has been reached and that dispositional documents will be filed no later than December 18, 2026. (ECF No. 17.) Accordingly, it is HEREBY ORDERED that all pending matters and dates in this action are VACATED. Plaintiff shall file, or ensure the filing of, dispositional documents no later than December 18, 2026. Any request for an extension shall be supported by good cause. L.R. 160(b).

IT IS SO ORDERED.

Dated: **October 16, 2026**

STANLEY A. BOONE
United States Magistrate Judge